IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYEESHA MAHAN,<br>          Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>          Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO. 16-6377<br>:<br>:<br>: |

FILED
NOV 08 2017

## ORDER

AND NOW, this 8th day of November 2017, upon consideration of the Amended Complaint [Doc. No. 7], Defendant's Motion to Dismiss [Doc. No. 8], and Plaintiff's Response in Opposition to the Motion [Doc. No. 11], it is hereby **ORDERED** that Defendant's Motion to Dismiss [Doc. No. 8] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to Plaintiff's PHRA claims. The PHRA claims are **DISMISSED WITH PREJUDICE**.

2. The Motion **GRANTED** with respect to Plaintiff's Title VII hostile work environment claim. This claim is **DISMISSED WITHOUT PREJUDICE**.

3. The Motion is **DENIED** with respect to Plaintiff's Title VII disparate treatment gender discrimination and retaliation claims.

Plaintiff is granted leave to file a Second Amended Complaint no later than **November 22, 2017** in accordance with the limitations set forth in the Opinion issued this day. If Plaintiff does not file a Second Amended Complaint, Defendant shall file an Answer no later than **December 6, 2017**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.